IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:

JASON ALLEN BREWER        CASE NO:   19-00475-JMC-13
MARY LOUISE BREWER
       Debtor

---

JASON ALLEN BREWER        Adversary Proc. No. 19-50018
MARY LOUISE BREWER
       Plaintiff

   vs.

FRANKLIN CREDIT MGMT CORP
       Defendant

---

**STIPULATION OF DISMISSAL OF ADVERSARY**

Comes now Plaintiff Jason Allen and Mary Louise Brewer, by Counsel and Defendant Franklin Credit Mgmt Corp., by counsel, and STIPULATE to the dismissal of this case, with prejudice.

      /s/   Stacy Wissel
      Stacy Wissel , 17154-54
      Attorney for Debtors/Plaintiffs
      Law Offices of Mark Zuckerberg
      429 N Pennsylvania Street, #100
      Indianapolis, IN  46204
      (317)687-0000
      swissel@sbcglobal.net

/s/ Jon J. Lieberman
John J. Lieberman (OH0058394)
Sottile & Barile, Attorneys at Law
PO Box 476
Loveland OH 45140
Telephone: (513) 444-4100
bankruptcy@sottileandbarile.com

Certificate of Service

The undersigned attorney hereby certifies that a copy of the foregoing pleading was served upon the following by electronic filing or by first class US Mail, postage prepaid, this 17th day of May, 2019:

**Ann M. DeLaney**    ECFdelaney@trustee13.com, ecfdelaney@gmail.com

**Jason and Mary Brewer**
3842 E. Brunswick Ave
Indianapolis, IN 46237-2496

/s/   Stacy Wissel
Stacy Wissel , 17154-54
Attorney for Debtors/Plaintiffs
Law Offices of Mark Zuckerberg
429 N Pennsylvania Street, #100
Indianapolis, IN  46204
(317)687-0000
swissel@sbcglobal.net